IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM J. MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACTION: 1:24-00065-KD-C |
| | ) |
| HUD and PRICHARD HOUSING AUTHORITY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and having considered Plaintiff's objection filed June 28, 2024, (Doc. 15), as well as the United States' Response, (Doc. 16), the Report and Recommendation of the Magistrate Judge, (Doc. 14), made under 28 U.S.C. § 636(b)(1)(B) and dated June 21, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the United States' Motion to Dismiss, (Doc. 6), is **GRANTED** and that Plaintiff's claims against the United States are **DISMISSED without prejudice**. Plaintiff's remaining claims against the Prichard Housing Authority are **REMANDED** to the Circuit Court of Mobile County, Alabama. Plaintiff's unauthorized attempts to amend his complaint are **DENIED**.

**DONE** and **ORDERED** this the **17th** day of **July 2024.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE