IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM J. MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) CIV. ACTION: 1:24-00065-KD-C |
| HUD and PRICHARD HOUSING AUTHORITY, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's claims against the United States are **DISMISSED without prejudice** and Plaintiff's remaining claims against the Prichard Housing Authority are **REMANDED** to the Circuit Court of Mobile County, Alabama.

**DONE** this the **17th** day of **July 2024.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE